417 A.2d 789

Commonwealth v. McDonald, Appellant.

Argued April 9, 1979.

Ralph T. Forr, Jr., Assistant Public Defender, for appellant; D. Brooks Smith, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.

417 A.2d 789

Commonwealth v. Nevels, Appellant.

Submitted October 26, 1978. Carl R. Schiffman, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Order affirmed.